1060 

EDWARD J. GARNEAU, ET AL., *Respondents*, v. ROBERT G. LAUER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-10706-7, Carol A. Schapira, J., entered July 9 and 25, 1997. *Reversed* by unpublished opinion per Kennedy, C.J., concurred in by Grosse and Ellington, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. ISAIAH CLARENCE ENAULT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-01175-4, Larry E. McKeeman, J., entered November 8, 1995. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. DONALD W. PENHALLURICK, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 97-1-00020-3, Wallis W. Friel, J., entered June 30, 1997. *Reversed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kurtz, J.

THE STATE OF WASHINGTON, *Respondent*, v. ANGIE JEAN GARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 96-1-00098-6, Rebecca M. Baker, J., entered July 11, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, C.J., and Kurtz, J.